IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM H. GILLIAM, | ) | CIV. NO. 20-00372 JMS-KJM |
| | ) | |
| Plaintiff(s), | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| PORTER MCGUIRE KIAKONA & | ) | DEFENDANT PORTER MCGUIRE |
| CHOW, LLP, | ) | KIAKONA & CHOW, LLP'S |
| | ) | MOTION FOR AWARD OF |
| Defendant(s). | ) | ATTORNEY'S FEES AND |
| | ) | RELATED NON-TAXABLE |
| _____ | ) | EXPENSES |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANT PORTER MCGUIRE KIAKONA & CHOW, LLP'S MOTION FOR AWARD OF ATTORNEY'S FEES AND RELATED NON-TAXABLE EXPENSES**

Findings and Recommendation having been filed and served on all parties on September 10, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Defendant Porter McGuire Kiakona & Chow, LLP's Motion for Award of Attorney's Fees and Related Non-Taxable Expenses" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, September 28, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge